AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| RONALD COLEMAN | ) | Case No. 10-695-M-01 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RONALD COLEMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Using any means or facility of interstate commerce, that is a computer knowingly distribute any visual depiction the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct.

Date: NOV 18 2010

*Issuing officer's signature*

ALAN KAY
U.S. MAGISTRATE JUDGE

City and state: District of Columbia

*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: RONALD COLEMAN

Known aliases: _____

Last known residence: 30 PENTZ RUN AVENUE, DUBOIS, PENNSYLVANIA

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: 02/15/1956

Social Security number: _____

Height: _____  Weight: _____

Sex: MALE   Race: WHITE

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RONALD COLEMAN | ) | Case No. 10-695-M-01 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 7th and 14th, 2010__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 United States Code, Section(s) 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

Using any means of facility on interstate commerce, that is a computer knowingly distribute any visual depiction the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **NOV 1 8 2010**

_____
*Judge's signature*
ALAN KAY
U.S. MAGISTRATE JUDGE

City and state: __District of Columbia__

*Printed name and title*

# STATEMENT OF FACTS

On Thursday October 7, 2010, Timothy Palchak was acting in an undercover capacity as part of a multi- jurisdictional FBI Task Force and operating out of a satellite office in Washington, DC. At approximately 1745 hours, Detective Palchak was monitoring individuals in the gay.com "daddies" room. This chat room is frequented by individuals who have a sexual interest in prepubescent children and incest. At approximately 1745 hours, Detective Palchak observed a member of the chat room using the name, "fred814." This individual posted a message in the public area of the chatroom stating, "Anyone here share any family with other men? Pvt me". Using a covert screen name, Detective Palchak contacted "fred814" via private instant message within gay.com. Detective Palchak informed the individual using the name "fred814" (later identified as defendant RONALD COLEMAN) that he had shared a girlfriend's 12 year-old daughter in the past with another male. COLEMAN stated, "If your serious, I will drive for a 12 yo pussy man email me if your serious ok?" COLEMAN provided his email address, "fred_814@yahoo.com"

At approximately 1751 hours, COLEMAN emailed Detective Palchak stating, "I am so serious to enjoy some tight pussy..." On the same date, Detective Palchak began a private Instant Message chat conversation with COLEMAN via Yahoo. COLEMAN was using the display name of "fred dubois" with an email address of fred_814@yahoo.com.

During the course of the online conversation COLEMAN described himself as a 53 year-old divorced male. COLEMAN stated that he had engaged in sex acts with his granddaughter when she was an infant, and prior to that with his daughter when she also was an infant. After Detective Palchak sent via Photoshare photographs of a clothed

female child whom Detective Palchak represented was a 12 year-old with whom he was sexually active, COLEMAN stated, "I have the pics to prove that I am not a cop". Detective Palchak asked COLEMAN if he had videos as well, and COLEMAN responded, "YES A LOT". During this, and subsequent online conversations with Detective Palchak, COLEMAN expressed interest in engaging in sex acts with the 12 year-old and described specific sexually activity he wished to engage in.

During the course of the conversation COLEMAN told Detective Palchak that he would send videos of child pornography to Detective Palchak if he could speak to the fictitious child while she was engaging in sexual activity with Detective Palchak. Following a purported conversation with the fictitious child, on October 7, 2010, October 9, 2010, and October 14, 2010, COLEMAN sent Detective Palchak via email a total of 28 videos depicting prepubescent female children engaging in sexual acts with adult males including vaginal and oral intercourse, and masturbation, and one video depicting a dog licking the vagina of a prepubescent child who is tied in restraints.

Investigation by agents of the Federal Bureau of Investigation (FBI) determined that the Internet Protocol (IP) address used by the individual with the screen name fred_814@yahoo.com during the online communications with Detective Palchak resolved to Nancy Deuel, 30 Pentz Run Avenue, Du Bois, Pennsylvania 15801.

Detective Palchak ran a search for any residents at 30 Pentz Run Avenue in DuBois, PA, and received the following information. COLEMAN, a 54-year-old male and Nancy Deuel, a 51-year-old female reside at that address in Apartment x. During the course of the on line chats with Detective Palchak, fred_814@yahoo.com, revealed that he was a divorced white male aged 53 and "very discreet". Based on a further search of

"fred814", Detective Palchak found a posting on a dating site plentyoffish.com where user name fred814 whose heading said, "looking for discreet fun" identified himself as an Aquarius, in DuBois, PA and 54 years old. Further investigation revealed that COLEMAN was born on February 15th and is 54 years old. The zodiac sign of Aquarius encompasses January 21st to February 19th.

According to information from a postal carrier, mail is delivered to Nancy Deuel at Apartment A and mail is delivered to COLEMAN at Apartment B. COLEMAN's driver's license comes back to 30 Pentz Run Avenue, Apartment A, Dubois, PA. The 2004 White Chevy Monte Carlo which has been observed by law enforcement agents parked outside of the residence bears PA plate FXW5401 which is registered to COLEMAN and Nancy J. Deuel at 30 Pentz Run Avenue, Du Bois, PA.

Based on the foregoing, Detective Palchak believes there is probable cause to believe that on or about October 7, 2010, October 9, 2010, and October 14, 2010, within the District of Columbia and elsewhere, RONALD COLEMAN distributed child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

DETECTIVE MIGUEL MIRANDA
Metropolitan Police Department

Sworn and subscribed to before me this **NOV 1 8 2010** day of November 2010

ALAN KAY
United States Magistrate Judge

3