# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

Plaintiff

No. Mag.NO. 10-33J

VS.
RONALD COLEMAN

Defendant

Hearing on  Rule 40 Hearing

Date  November 19, 2010 1:45 p.m.

**BEFORE MAGISTRATE JUDGE KEITH A. PESTO**

John Valkovci, AUSA          Michael Filia, Esq.

  Appear for Plaintiff           Appear for Defendant

Hearing Begun 2pm                Hearing Adjourned To
Hearing Concluded C.A.V. 2:15pm  Stenographer

Rule 5. hrg - Ident'y not contested

Defend-t wants hear'g on detention in DC.

FOR PLAINTIFF                    FOR DEFENDANT