UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
SUITE 208, PENN TRAFFIC BUILDING
319 WASHINGTON STREET
JOHNSTOWN, PA. 15901
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-533-4504

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

November 23, 2010

Clerk's Office
UNITED STATES DISTRICT COURT
District of Columbia
E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.,
Room 1225
Washington, DC 20001

**RECEIVED**

DEC 13 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RE: USA v. RONALD COLEMAN
Our No. 10-33MJ   *10 mj 695 AK*

Dear Clerk:

  Enclosed please find a certified copy of the docket entries in the above-referenced matter along with instructions for retrieving Western District of Pennsylvania electronic case files.

  If you have any questions regarding this matter, please feel free to call me at (814) 533-4504.

Sincerely,

*Patricia Price*
Patricia Price
Courtroom Deputy

enc.